IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 JAN 30 AM 11:48

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. 19-cv-00253

(To be supplied by the court)

Amanda Attebery

_____, Plaintiff

v.

Fremont County Department of Human Services

_____,

Defendant(s).

## EMPLOYMENT DISCRIMINATION COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**A.     PLAINTIFF INFORMATION**

Amanda Attebery PO Box 791, Canon City, CO 81215

(Name and complete mailing address)

719-406-7030/719-231-1367     amanda.attebery@yahoo.com

(Telephone number and e-mail address)

B.  **DEFENDANT(S) INFORMATION**

Defendant 1: <u>Fremont County Department of Human Services, 172 Justice Center Road, Canon City, CO 81212</u>
(Name and complete mailing address)

<u>719-275-2318</u>
(Telephone number and e-mail address if known)

C.  **JURISDICTION**

____ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

__X__ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

____ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

__X__ Other: <u>C.R.S. 24-34-402.7 Unlawful Act Against Employee Seeking Protection</u>

D.  **STATEMENT OF CLAIM(S)**

CLAIM ONE: ____Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq_____

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire           __X__ different terms and conditions of employment

____ failure to promote        __X__ failure to accommodate disability

__X__ termination of employment  __X__ retaliation

____ other: (*please specify*) _____

2

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

 \_\_\_ race    \_\_\_ religion    \_\_\_ national origin    \_\_\_ age

 \_\_\_ color    \_\_\_ sex    _X_ disability

 Supporting facts: I began working for Fremont County Department of Human Services, full time, in 2009, with my most recent position being Medicaid Tech, my son and I have disabilities, as defined within the relevant statute, of which Fremont County Department of Human Services was aware. During the relevant time period I was denied reasonable accommodation requests about my own care and related to my caregiver duties, and Respondent did not engage in the interactive process. I was also denied the opportunity to request donated leave. On or about February 2, 2017, I was told that I would exhaust available leave and be discharged as of February 10, 2017.

I believe that I have been discriminated against on the basis of a disability, my caregiver duties, and in retaliation for engaging in protected activities in violation of the Americans with Disabilities Act of 1990, as amended.

**CLAIM TWO:**   C.R.S. 24-34-402.7 Unlawful Act Against Employee Seeking Protection

The conduct complained of in this claim involves the following: (*check all that apply*)

 \_\_\_ failure to hire    \_\_\_ different terms and conditions of employment

 \_\_\_ failure to promote    \_\_\_ failure to accommodate disability

 _X_ termination of employment    _X_ retaliation

 \_\_\_ other: (*please specify*) Caregiver Duties - Physical and Mental Health Treatments for Minor Child and me.

Supporting Facts: On June 14, 2016, my son and I were victims of a Domestic Violence, I immediately contacted my supervisor to report the law enforcement activity at my home and that my son and I are victims of these crimes. My Physician completed FMLA for both of us, so we could attend required meetings, criminal court proceedings, civil divorce proceedings, trauma counseling, monitored medical care to reevaluate the diagnosed depression and PTSD caused by these crimes. I received a letter after a relapse 6 months after the incident, while the FMLA was still in effect stating if I could not return to work by 2/10/17 at 10:00am, I was welcome to

3

reapply for employment.

C.R.S. 24-34-402.7 Employers who employ 50 or more employees must permit an employee of twelve months or more who is a victim of domestic abuse, sexual assault, stalking, or other domestic violence-related crimes to take up to three days of leave to seek a restraining order; obtain medical care or counseling; locate safe housing or make her home secure; or seek legal assistance and prepare for or attend court-related proceedings. . The employer cannot discriminate against or take retaliatory action against an employee who exercises these rights.

### E. ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency?

  _X_ Yes (*You must attach a copy of the administrative charge to this complaint*)

  ___ No

Have you received a notice of right to sue?

  _X_ Yes (*You must attach a copy of the notice of right to sue to this complaint*)

  ___ No

### ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency?

Since Fremont County would not participate in Mediation or Conciliation the complaint was referred to the Department of Justice, since the EEOC determined a violation was committed.

  _X_ Yes (*You must attach a copy of the administrative charge to this complaint*)

  ___ No

Have you received a notice of right to sue? (*check one*)

  _X_ Yes (*You must attach a copy of the notice of right to sue to this complaint*)

  ___ No

## F. REQUEST FOR RELIEF

The wrongful termination of my employment with Fremont County Department of Human Services, caused me to lose my life insurance and I had to cash in my retirement. I lost my house and we became homeless which caused me to be separated from my son halting his emotional healing and his 4 consecutive years on honor roll came to an end. My bills are delinquent as I have not been able to make my car payments for over a year. Since I am over 40 and my many years with the County, I am either over qualified or not considered jobs I have applied for. My request for Relief is that the courts consider the following types of damages for both my son and I:
Emotional Distress, Back and Front Pay(at time of termination I was paid $16.99 an hour) Liquidated Damages, Consequential Damages, Mental Pain and Suffering, Punitive Damages, Treble Damages and any other relief that the courts determine we are intitled to.

A wrongful termination lawsuit in a New Jersey state court resulted in a jury verdict awarding the plaintiff $8.45 million in September 2016. This amount consisted of compensatory damages for emotional distress of $2.45 million, as well as $6 million in punitive damages. The plaintiff alleged that her employer, a government agency in Hudson County, New Jersey, terminated her after she sought treatment for depression, despite the fact that two mental health professionals had stated that she was fit to return to work. The New Jersey Civil Service Commission (CSC) ruled that the county had wrongfully terminated her and awarded her back pay. *Matter of Malta-Roman, Hudson Cty. Dept. of Family Svcs.*, Docket No. 2013-2883, decision (N.J. Civil Svc. Comm., May 7, 2015). The plaintiff also filed a civil lawsuit, which resulted in the jury verdict. *Malta-Roman v. Hudson Cty.*, No. L-001361-14, complaint (N.J. Super. Ct., Hudson Co., Mar. 24, 2014). . Filing an administrative claim is a prerequisite for many employment law claims. A person claiming employment discrimination, for example, must first file a complaint with the federal Equal Employment Opportunity Commission (EEOC) or a comparable state or local agency. The agency may decide to pursue the matter on the claimant's behalf. If it does not, it may issue a "right to sue" letter, which allows the claimant to file a civil lawsuit. Since the plaintiff in *Malta-Roman* was a county employee, she had to use certain administrative procedures before going to court.

5

## G. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

1-30-19
(Date)

(Form Revised December 2017)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Denver Field Office**

303 East 17th Avenue, Suite 410
Denver, CO 80203
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Denver Direct Dial: (303) 866-1359
FAX (303) 866-1085
Website: www.eeoc.gov

Amanda M. Attebery
P.O. Box 791
Denver, CO 80206

Re: Amanda Attebery v. Fremont County Department of Human Services
EEOC Charge Number: 541-2017-01276

Dear Ms. Attebery:

Your charge under The Americans With Disabilities Act of 1990 (ADA), as amended, has been referred to the U.S. Department of Justice (DOJ) for review to determine whether DOJ will sue on your behalf. If DOJ brings a lawsuit, you may seek to intervene in such suit. If DOJ does not bring a lawsuit, they will notify you and issue a Notice of Right to Sue, which will entitle you to sue the respondent under the ADA.

On behalf of the Commission

September 12 2018
Date

Elizabeth Cadle,
District Director

EEOC Form 161-A (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE
### (CONCILIATION FAILURE)

| To: | Amanda M. Attebery<br>P.O. Box 791<br>Canon City, CO 81215 | From: | Denver Field Office<br>303 East 17th Avenue<br>Suite 410<br>Denver, CO 80203 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2017-01276 | Christopher D. Padilla,<br>Supervisory Investigator | (303) 866-1336 |

### TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*

**Elizabeth Cadle,**
**District Director**

NOV 14 2018
*(Date Mailed)*

Enclosures(s)

cc: Brenda L. Jackson
County Attorney
FREMONT COUNTY
615 Macon Ave
Room 211
Canon City, CO 81212



**U.S. Department of Justice**

Civil Rights Division

*Disability Rights Section - NYA*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

NOV 1 4 2018

DJ# 205-13-0

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Ms. Amanda Attebery
P.O. Box 791
Canon City, CO  81215

    Re:    EEOC Charge Against:    Fremont County Dept. of Human Resources
          EEOC No.:    541-2017-01278
          DJ#:    205-13-0

Dear Ms. Attebery:

### NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

    It has been determined that the Department of Justice (the Department) will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC). This should not be taken to mean that the Department has made a judgment as to whether or not your charge is meritorious.

    You are hereby notified that conciliation on your case was unsuccessful by the EEOC. <u>You are further notified that you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. § 12111, et seq., against the above-named respondent. If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.</u>

    Therefore, if you wish to pursue this matter, you should consult an attorney at your earliest convenience. If you are unable to locate an attorney, you may wish to contact the EEOC or apply to the appropriate court, since that court may appoint an attorney in appropriate circumstances under Section 706(f)(1) of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1), referenced in Section 107(a) of the ADA, 42 U.S.C. § 2117(a).

We are returning the files in this matter to EEOC's District Office. If you or your attorney, have any questions concerning this matter or wish to inspect the investigative file, please address your inquiry to:

>Elizabeth Cadle, Director
>Equal Employment Opportunity Commission
>Phoenix District Office
>3300 North Central Avenue, Suite 690
>Phoenix, AZ 85012-2504

Enclosed you will find a list of state resources and a Notice of Rights under the ADA Amendments Act of 2008 (ADAAA).

We are forwarding a copy of this Notice of Right to Sue to the Respondent in this case.

>Sincerely,
>
>Eric S. Dreiband
>Assistant Attorney General
>
>BY: _____
>Amanda Maisels
>Deputy Chief
>Disability Rights Section

Enclosure:
    Colorado State Resources
    EEOC Right to Sue Notice
    Notice of Rights under the ADAAA

cc:    Fremont County Dept. Human Resources
       EEOC –Phoenix District Office

January 30, 2019

Due to then government shut down, I have not been able to obtain my requested file from the EEOC, as soon as I receive this file, I will submit it.

Amanda Attebery

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>541-2017-01276 |
|---|---|---|

Colorado Civil Rights Division and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Amanda M. Attebery | | 1976 |

Street Address: 122 E. New York Ave., Canon City, CO 81212

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| FREMONT COUNTY DEPT. OF HUMAN SERVICES | 15 - 100 | (719) 275-2318 |

Street Address: 172 Justice Center Road, Canon City, CO 81212

DISCRIMINATION BASED ON *(Check appropriate box(es).)*
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-01-2017    Latest: 02-10-2017
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I began working for Respondent in 2009, with my most recent position being Medicaid Tech. My son and I have disabilities, as defined within the relevant statute, of which Respondent was aware. During the relevant time period I was denied reasonable accommodation requests about my own care and related to my caregiver duties, and Respondent did not engage in the interactive process. I was also denied the opportunity to request donated leave. On or about February 2, 2017, I was told that I would exhaust available leave and be discharged as of February 10, 2017.

I believe that I have been discriminated against on the basis of a disability, my caregiver duties, and in retaliation for engaging in protected activities in violation of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 5/17/17

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*